RECEIVED
FEB 13 2013
FEB 13 2013
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Michael Steele
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

The Cook County Sheriff's Office

Sgt Lucas

Officer Lopez

Cook County Sheriff Thomas Dart

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

13 C 1201
Judge John Z. Lee
Magistrate Judge Jeffrey Cole

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

____ **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

  A. Name: Michael Steele

  B. List all aliases: _____

  C. Prisoner identification number: #20100419015

  D. Place of present confinement: Cook County Jail

  E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A. Defendant: Thomas Dart

   Title: Sheriff

   Place of Employment: Cook County Sheriffs Office

  B. Defendant: Sgt Lucas

   Title: Sgt

   Place of Employment: Cook County Jail

  C. Defendant: Officer Lopez

   Title: Tier Officer

   Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 15, 2011 The Inmates in Division 1 on tier A4 were Returning from the Recreation Room. Upon Return Two inmates ADAM Montjoy #20110324174 + A unidentifyed Inmate were Arguing over the Phone. When A Fight Broke out. Myself Mr Michael Steele #2010-0419015 + Inmate ADAM Montjoy #20110324174 were Attacked By several other Inmates while officers watched for several minutes. Including tier Officer Lopez + Sgt Lucas Both working the 3-11 shift that day. After several minutes of taking A Beating me + inmate Montjoy were finally pick up off the ground + sent to cermak hospital for medical tReatment. Me I got two Broken teeth one Which was later Removed the other was capped. I Also had a blood clot in my Right eye. When Returned from the hospital we were Both given tickets + moved to another tier. We Both went to the hearing Board for the tickets

I never got a response back or never went to the hole. Inmate Montjoy later went to segragation for the matter. I've greived the matter several times & I've been getting the run around. I've also ask for a copy of this ticket. They've seemed to misplaced it! Inmate ADAM MONTJOY will have a better record of the ticket because he went to seg. for the matter. Thank you!

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

File civil suit for Lack of security + Failure to protect.

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1__ day of __Feb__, 20 __13__

_____
(Signature of plaintiff or plaintiffs)

__Michael Steele__
(Print name)

__2010 0419 015__
(I.D. Number)

__3412 Hickory Lane__
__Hazel Crest IL 60429__
(Address)