



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
Jan 2 2014
JAN 2 2014
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael Steele

2010 0419015

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

LT. Lucas

Sgt Flenister #1041

Officer Lopez #7913

Cook Sheriff Thomas Dart

Case No: 13-C-1201
(To be supplied by the Clerk of this Court)

Judge John Z. Lee

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:       **AMENDED COMPLAINT**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Michael Steele #20100419015

    B. List all aliases: _____

    C. Prisoner identification number: 20100419015

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: LT Lucas

       Title: LT.

       Place of Employment: Cook Cook Jail Div 1

    B. Defendant: SGT Flenister #1041

       Title: SGT

       Place of Employment: Cook County Jail Div 1

    C. Defendant: Officer Lopez #7913

       Title: Tier Officer

       Place of Employment: Cook County Jail Div 1

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: Thomas Dart
   Title: Cook County Sheriff
   Place of Employment: Cook County Sheriff's Office

Revised 9/2007

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.  Name of case and docket number: _____

    B.  Approximate date of filing lawsuit: _____

    C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.  List all defendants: _____

    E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.  Name of judge to whom case was assigned: _____

    G.  Basic claim made: _____

    H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 15, 2011 at about 4:00pm Tier A-4 Div 1 was Returning from Recreation. Officer Lopez #7913 was suppose to lock everybody up on the Highside. But left certain Inmates out with the low side. While I (Mr Michael Steele #20100419015) was Sitting in the Dayroom watching T.V. Two Inmates Began Arguing over the Phone. One of the Two Being my cellmate Mr Adam Montjoy #20110324174. Then a Fight Jumped off Between Montjoy and this Other Inmate. As I was Trying to get out the way of the Fight I was Attacked By Several Inmates. Where I was punched to the ground and Took a pretty good Beaten, Recieving Several punches & kicks To the head & Body. While on the ground I curled up in a Ball to Block some of the kicks & punches But it was Too many people to Block the majority of the Blows. While I was Taking this Beating For Several minutes Officer Lopez #7913 SGT Lucas

Now LT Lucas, ~~Officer~~ SGT Flenister #1041, & several other officers watched. Me and Adam Montjoy #20110324174 begged & screamed for them to break it up. But the crowd of officers just got bigger as the continued to watch. Finally after at least 15 minutes they came rushing in. They lock all the inmates up, even those that were not suppose to be out. And only removed me and Mr Adam Montjoy off the tier. We were then escorted to Cermak hospital where was treated for knots in my head, a blood clot in my eye, and a broken tooth. Then I was placed on another tier (G9 Div 1). Also Cook County Sheriff Mr Thomas Dart should be held responsible because he is in charge of the policies & procedure that the officer take when responding to a call for all available. Which is the officer have to wait on all available officers including a SGT or LT. before intervening in an incident. He also has the authority to change this procedure but fails to do so. This procedure is a direct violation to the detainees in Cook County Jail safety & well being. So I'm requesting legal actions. Thank you!

Revised 9/2007

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will like To TRy this CASE in CouRt And Be REwARD FoR This violation of my Rights.

**VI.** The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  20  day of December, 20 1 3

_Michael Ste_____
(Signature of plaintiff or plaintiffs)

Michael STEELE
(Print name)

2010041901 5
(I.D. Number)

P.O. Box 089002 Chicago IL
60608
(Address)

Revised 9/2007